IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS WILSON,

    Plaintiff,                      No. CIV S-09-0827 MCE DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.            <u>ORDER</u>

                /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed April 20, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant. On June 4, 2009, the court filed findings and recommendations for plaintiff's failure to comply with the court's April 20 order. However, on June 4, 2009, plaintiff submitted the USM-285 form, but failed to submit two copies of the March 25, 2009 complaint.

        The court will vacate the findings and recommendations, and provided plaintiff additional time to file copies of his complaint with the Notice of Submission of Documents form.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 5, 2009 findings and recommendations (Doc. No. 11) are vacated;

2. Within thirty days, plaintiff shall submit to the court the two copies of his March 25, 2009 complaint with the Notice of Submission of Documents form. Failure to return the copies and form within the specified time period will result in a recommendation that this action be dismissed.

DATED: June 10, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
wils0827.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS WILSON,

        Plaintiff,                No. CIV S-09-0827 MCE DAD P

    vs.

STATE OF CALIFORNIA, et al.,      NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ [#] true and exact copies of the complaint filed [date].

DATED: _____.

                                                           _____
                                                            Plaintiff