IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS WILSON,

      Plaintiff,                    No. CIV S-09-0827 MCE DAD P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Taylor has filed a request to modify the discovery and scheduling order, filed on October 8, 2009.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant's April 27, 2010 motion to modify the court's scheduling order and extend the discovery cut-off date (Doc. No. 25) is granted.

      2. The discovery cut-off date of February 5, 2010 is vacated and the parties will be permitted to conduct discovery until August 5, 2010. Any motions necessary to compel discovery shall be filed with the court by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served no later than sixty days prior to the discovery cut-off date of August 5, 2010.

3. The deadline for the filing of pretrial motions set for April 30, 2010 is vacated. All pretrial motions, except motions to compel discovery, shall now be filed on or before September 7, 2010. Motions shall be briefed in accordance with paragraph 7 of this court's order filed on June 26, 2009.

DATED: April 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wils0827.sched